EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2026 TSPR 24 |
| Jenniffer Ortiz Santiago | 217 DPR ___ |

Número del Caso:  TS-20,946


Fecha:  9 de marzo de 2026


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Jenniffer Ortiz Santiago                    TS-20,946

RESOLUCIÓN

En San Juan, Puerto Rico a 9 de marzo de 2026.

Examinada la *Moción en cumplimiento de orden relacionada al cumplimiento de los cursos de educación continua* presentada el 3 de marzo de 2026 por la Sra. Jenniffer Ortiz Santiago (promovida), así como la *Certificación* emitida el 4 de marzo de 2026 por el Programa de Educación Jurídica Continua, se autoriza la reinstalación de la promovida únicamente al ejercicio de la abogacía, según solicitado.

A su vez, se le advierte a la promovida sobre su obligación de mantener actualizados sus datos en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo